| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D03-1901-CT-000034 |

| JERRY LORD, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GARRETT CHRISTOPHER TAYLOR PADGETT, QUALITY HUTS INDIANAPOLIS LLC d/b/a PIZZA HUT, LA RAZA PIZZA, INC., and STATE FARM MUTUAL AUTOMOBILE INSURANCE, | ) |
| | ) |
| Defendants. | ) |

**FILED**
December 18, 2019
*Myla A. Eldridge*
CLERK OF THE COURT
MARION COUNTY
ND

## ORDER GRANTING DISMISSAL OF DEFENDANT QUALITY HUTS INDIANAPOLIS LLC, WITHOUT PREJUDICE

Plaintiff and Defendants, by their respective counsel, having filed their joint stipulation of dismissal, and the Court having reviewed the same, hereby APPROVES the joint stipulation.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims in the above-referenced cause of action are hereby dismissed as to Defendant Quality Huts Indianapolis LLC d/b/a Pizza Hut, without prejudice.

IT IS FURTHER ORDERED that Plaintiff's claims as to all other Defendants shall remain pending.

Dated: December 18, 2019

_____
JUDGE Marion Superior Court 3

Copies to:

All Counsel of Record Via IEFS.

{Firm/30059/00072/02358674.DOC }

**EXHIBIT C**